Revised AO 45 (WDNC-03/07)

# NEW CRIMINAL CASE COVER SHEET

U. S. DISTRICT COURT

*(To be used for **all** new Bills of Indictments and Bills of Information)*

CASE SEALED: ( ) Yes (X) No    DOCKET NUMBER: 3:10-cr-244

*(If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

**CASE NAME** : US vs. DEANNA RAY SALAZAR

**COUNTY OF OFFENSE** : MECKLENBURG COUNTY

**RELATED CASE INFORMATION** : (see below)

  *Magistrate Judge Case Number* :

  *Search Warrant Case Number* :

  *Miscellaneous Case Number* :

  *Rule 20b* :

**SERVICE OF PROCESS -** ___***SUMMONS***___

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight)*:  ☐ Petty   ☐ Misdemeanor   X Felony

Title 18 U.S.C. Section 371

**JUVENILE** :  ☐ Yes   X No

**ASSISTANT U. S. ATTORNEY** : KURT W. MEYERS

**VICTIM / WITNESS COORDINATORS** : shirley.rutledge@usdoj.gov /ulricia.kennedy@usdoj.gov

**INTERPRETER NEEDED** :

**LIST LANGUAGE AND/OR DIALECT:**

**REMARKS AND SPECIAL INSTRUCTIONS:** **Related to: Keith Simmons - 3:10cr23**