IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. DNCW3:10CR244 |
| v. | ) (Financial Litigation Unit) |
| | ) |
| DEANNA RAY SALAZAR. | ) |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and IRA Services Trust Company:

A judgment was entered on June 11, 2012 in the United States District Court for the Western District of North Carolina in favor of the United States of America and against Defendant Deanna Ray Salazar, whose last known address is XXXXXXXXXXXXXXXX, Adelanto, California 92301, in the sum of $5,262,953.05. The balance owing as of July 30, 2012 is $5,262,753.05.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and IRA Services Trust Company is commanded to **turn over property** in which Defendant Deanna Ray Salazar, Social Security Number XXX-XX-8960 has a substantial non-exempt interest, said property being any and all funds located in any accounts held in the name of Deanna Ray Salazar at the following address: IRA Services Trust Company, P.O. Box 7080, San Carlos, California 94070-7080.

**SO ORDERED**.    Signed: July 31, 2012

_____
David S. Cayer
United States Magistrate Judge